UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  Allen Scoggins         </u>,
                Plaintiff,

        v.                                Civil Action No.  04-10814-PBS

<u>   Brady               </u>,
                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

☐      DENIED for the following reason(s):

☐      It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

<u>  5/5/04          </u>                                      <u>  s/ Patti B. Saris           </u>
DATE                                              UNITED STATES DISTRICT JUDGE