UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 3: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALLEN SCOGGINS, )
)
Petitioner, )
)
v. ) Civil Action No. 04-10814-PBS
)
B. BRADY, )
)
Respondent. )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondent, Timothy Hall (misnamed in the petition as "B. Brady").

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: May 26, 2004

### Certificate of Service

I, Natalie S. Monroe, hereby certify that, on May 26, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the *pro se* petitioner, Allen Scoggins, Prisoner No. W-65758, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts 02324.

Natalie S. Monroe