UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALLEN SCOGGINS,

    Petitioner,

v.

B. BRADY,

    Respondent.

Civil Action No. 04-04-10814-PBS

## MOTION TO CORRECT CAPTION

The respondent, by and through his counsel, the Attorney General of the Commonwealth of Massachusetts, hereby respectfully requests that the caption be corrected to substitute "Timothy Hall" as the respondent, and remove "B. Brady" from the caption. The proper respondent in a habeas petition is the superintendent of the correctional facility which has custody of the petitioner. See Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. The petitioner is housed at the Old Colony Correctional Facility; the superintendent of that facility is Timothy Hall. Thus, Timothy Hall is the proper respondent in this case. The petitioner will not be prejudiced by this correction.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Natalie Monroe_
Natalie S. Monroe (BBO #562383)
Assistant Attorney General, Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: May 26, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Natalie S. Monroe, hereby certify that I have been unable to confer with the petitioner, who is incarcerated at the Old Colony Correctional Center and is not free to accept or make telephone calls during normal business hours.

*Natalie S. Monroe*

### Certificate of Service

I, Natalie S. Monroe, hereby certify that, on May 26, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the *pro se* petitioner, Allen Scoggins, Prisoner No. W-65758, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts 02324.

*Natalie S. Monroe*