UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 3: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALLEN SCOGGINS,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Civil Action No. 04-10814-PBS
　　　　　　　　　　　　　　　　)
TIMOTHY HALL,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　 )

### MOTION TO EXTEND TIME
### TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent, by and through his counsel, the Attorney General of the Commonwealth of Massachusetts, hereby requests that the Court extend the time within which he must respond to the Petition for Writ of Habeas Corpus that is the subject of the captioned action. Pursuant to this Court's April 22, 2004 Order, the respondent's answer or other responsive pleading presently is due on or before June 4, 2004. By this motion, the respondent requests an extension to and including July 16, 2004. As grounds for this motion, the respondent states as follows:

1. The records relating to the petitioner's underlying state-court convictions are maintained by the Office of the District Attorney for Plymouth County (the "Plymouth DA").

2. Upon receipt of this Court's Order, the undersigned assistant attorney general promptly made a request to the Plymouth DA for assembly and production of relevant portions of the underlying state-court record, including, but not limited to, copies of the trial transcripts and post-conviction proceedings. The undersigned counsel has not yet received all of the state-court records, including all of the transcripts, the docket sheet or the appellate record.

3. Without the relevant records, the respondent cannot meaningfully evaluate threshold defenses under the Antiterrorism and Effective Death Penalty Act (AEDPA), such as whether the

petitioner properly exhausted available state-court remedies as required by 28 U.S.C. § 2254(b)(1) and whether the petition is timely filed in accordance with 28 U.S.C. § 2244(d).

4. The extension sought herein will enable the respondent to compile and evaluate all of the relevant records, and, thereby, be in a position to meaningfully respond to the petition.

**WHEREFORE**, the present motion should be allowed and an order should enter allowing the respondent up to and including July 16, 2004 to answer or otherwise respond to the petition.

Respectfully submitted,

Dated: May 26, 2004

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Natalie S. Monroe*
Natalie S. Monroe (BBO # 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, x2833

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Natalie S. Monroe, hereby certify that I have been unable to confer with the petitioner, who is incarcerated at the Old Colony Correctional Center and is not free to accept or make telephone calls during normal business hours.

*/s/ Natalie S. Monroe*

### Certificate of Service

I, Natalie S. Monroe, hereby certify that, on May 26, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the *pro se* petitioner, Allen Scoggins, Prisoner No. W-65758, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts 02324.

*/s/ Natalie S. Monroe*