# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10814-PBS

Allen Scoggins
Petitioner

v.

Timothy Hall
Respondent

## BRIEFING ORDER

SARIS, D.J.

The petition for Writ of Habeas Corpus in this action was filed on April 22, 2004. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before August 23, 2004, and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before September 23, 2004.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

July 23, 2004

To: All Counsel