UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ALLEN SCOGGINS,
Petitioner,

v.    Civil Action No. 04-10814-PBS

TIMOTHY HALL,
Respondent.

## MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner in the above entitled matter seeking an enlargement of time for filing his brief until November 1, 2004.

As reasons therefore, the petitioner is pro se and untrained in the law. There is a shortage of trained law clerks at Old Colony Correctional Center where petitioner is presently house.

The petitioner is actively seeking assistance and is hopeful he will complete a brief by the requested date.

WHEREFORE, the petitioner prays that this Honorable Court will grant this motion.

Respectfully submitted,

DATE: August 12, 2004

Allen Scoggins, pro se
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this motion to be mailed by first class mail, postage prepaid, to: Natalie S. Monroe, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.

DATE: August 12, 2004

Allen Scoggins