October 29, 2004

Allen Scoggins
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

United States District Court For
The District Of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: <u>Scoggins v. Hall</u>, C.A. No. 04-10814-PBS

ATTN: Robert C. Alba, Deputy Clerk

Dear Mr. Alba,

    As a follow up to my letter dated August 12, 2004 I am now writing to inform you that I have not been able to find legal assistance in preparing a memorandum of law in support of my habeas petition. I thank you for the extension of time but it appears I will have to go forward on the papers already submitted.

    I am untrained in the law but I hope that I can preserve my legal rights, whatever they may be, so that I will not face any waiver issues in the future.

    In closing, I thank you for your time and attention in this matter.

Sincerely Yours,

Allen Scoggins