February 25, 2005

Allen Scoggins, W-65758
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

FILED
CLERKS OFFICE

2005 FEB 28  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: <u>Scoggins v. Hall</u>, 1:04-cv-10814 -PBS

Dear Clerk,

    I'm writing to inform the court that I have not heard from the screening lawyer appointed by CPCS so I am asking for another 60 day enlargement of time.

    In closing, I thank you for your time and attention in this matter.

Sincerely Yours,

Allen Scoggins