```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

 ALLEN SCOGGINS,                    )
                                    )
         Petitioner,                )
                                    )       C.A. No. 04-10814-PBS
         v.                         )
                                    )
 TIM HALL,                          )
                                    )
         Respondent.                )
```

ORDER

The Court is in receipt of the petitioner's letter dated February 25, 2005 (docket entry 14) in which the petitioner represents that he has "not heard from the screening lawyer appointed by CPCS [Committee for Public Counsel Services]" and asks the Court "for another 60 day enlargement of time." The Court construes this as a motion to extend the sixty-day stay of proceedings ordered on December 24, 2004.

The Court has confirmed that the attorney assigned by the CPCS to screen Scoggins's petition has not completed that task. The CPCS has informed the Court that the screening will be completed by April 20, 2005.

The Court therefore GRANTS Scoggins's motion, and orders that the stay of proceedings be extended until Thursday, April 28, 2005. The Court also orders Scoggins to notify the Court immediately if he learns that the CPCS has decided it will or will not appoint counsel to represent him. If Scoggins does not receive notice of such decision by April 21, 2005,

Scoggins shall so inform the Court in a communication deposited with the mail services of the Old Colony Correctional Center (or other institution where Scoggins is located) no later than Monday, April 25, 2005. Failure to comply with this order will be grounds for dismissal of the case.

The Clerk shall send a copy of this order to David Nathanson, Esq., Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108.

SO ORDERED.

March 25, 2005                           /s/ Patti B. Saris
Date                                     United States District Judge