UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Allen Scoggins<br>Petitioner (PRINT OR TYPE YOUR NAME),<br><br>v.<br><br>Tim Hall<br>Superintendent, (NAME OF SUPERINTENDENT)<br><br>Old Colony Correctional Center<br>(NAME OF PRISON) Respondent. | CIVIL ACTION<br>NO: 04-10814-PBS |

## MOTION FOR STAY OF PROCEEDINGS

Now comes the petitioner in the above-entitled matter, appearing pro se, and respectfully moves this honorable Court to grant a stay of proceedings. As grounds therefore, the petitioner states as follows:

The Committee For Public Counsel Services (CPCS) is going to
(State reasons why you are requesting a stay of proceedings. Use

appoint counsel for screening. (Please see enclosed copy of
additional pages if necessary.)

letter from CPCS). I ask the court to stay these proceedings

until the screening process is completed.