April 19, 2005

Allen Scoggins
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

United States District
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300

RE: Scoggins v. Hall, 1:04-CV-10814-PBS

Dear Clerk,

I'm writing to inform the Court that I have heard from the screening attorney, but he still hasn't be able to finish reading all the documents he recieves from my appeal counsel for the screening process, he came to see me on April 14, 2005 to inform me of this and to discuss some issues relating to this matter. He ask me to send him some documents he didn't have, which I did send through the mail. I talk to the attorney today by telephone and he inform me that he recieved the papers I sent to him, but he hasn't get to look through them yet, he also inform me that he would need more time before he could give me a straight answer, because they where a couple of issues he was looking over, through my transcripts and