June 28, 2005

Allen Scoggins
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

United States District
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300

RE: Scoggins v. Hall, 1:04-cv-10814 PBS

Dear Clerk,

I'm writing to up-date the court on the screening process of my case. I have spoken to the screening attorney this morning about my case and he has inform me that there is a on going investigation in my case, he's trying to find this witness who testify at my trial. He needs to talk to this witness because it's relate to a issue he's looking into and I'm trying to assist him in this matter. At this point we have been unable to contact this witness, but still is seeking information to find this witness, so I am asking the court for 60 day enlargement of time.