UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALLEN SCOGGINS,<br>  Petitioner,<br><br>v.<br><br>TIMOTHY HALL,<br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-10814-PBS

### SUBSTITUTION OF APPEARANCE

Please substitute the appearance of the undersigned as counsel for the respondent in the above-entitled matter in place of Natalie S. Monroe, who has resigned from the Office of the Attorney General.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
BBO No. 037060
(617) 727-2200 ext. 2855

**Dated: July 20, 2005**

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the petitioner, on July 20, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, as follows:

**Allen Scoggins, pro se**
**Old Colony Correctional Center**
**1 Administration Road**
**Bridgewater, MA 02324**

                                              /s/ Annette C. Benedetto
                                              Annette C. Benedetto
                                              Assistant Attorney General