August 28, 2005

Allen Scoggins
Old Colony Correctional Center
1, Administration Road
Bridgewater, MA 02324

United States District
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Scoggins v. Hall, 1:04-cv-10814 PBS

Dear Clerk,

I'm writing to up-date the court and ask for a enlargement of time, because we still are unable to located the witness that the screening attorney is seeking, so he can speak too. I have located the last none address of this witness, but I doubt it's the current address now, because the last none address is from 2003 and it's out of state. I have been unable to inform the attorney of this and I have him look into it, because he's on his vaction won't be back in his office until Sept. 5, 2005. So I'm asking the court for 60 day enlargement of time.