04-cv-10814-PBS

Allen Scoggins
1 Admin. Rd.
Bridgewater, MA. 02324

U.S. District Court
Office of the Clerk
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Sept 27, 2005

RE <u>Scoggins V. Hall</u>

Dear

Clerk, I'm responding to the notice of electronic filing on 9/6/05 I inform the attorney of this by sending him a copy of the notice with a letter from myself explaining the notice I received from the court denying the extension of time and saying "the attorney should seek an extension". Otherwise, I must proceed pro se. Here is copies of the attorney's response to my letter and a copy of my letter. I know court has denied my motion for extension of time, but I'm asking and praying that the court grants me a extension and keeps my petition on stay, because the issues that the screening attorney is looking into needs to be address in the state court before it can be raise with my other issues in federal court on my habeas corpus. I'm not trying to prolong the federal proceedings, I'm just trying to get the screening proceedings done before my habeas corpus goes forward and I'm not a trained legal lawyer, so when the time comes to submit my memorandum I will need to ask the court for time to due so, because the legal assistance is very slim at this law library. → back page

THANK YOU FOR YOUR TIME AND ATTENTION. THIS MATTER. I AWAIT YOUR REPLY!

Sincerely yours,

Allen Scog