Sept 13, 2005

Allen Scoggins
O.C.C.C.
1 Administration Rd.
Bridgewater, MA. 02324


Alan Campbell
P.O. Box 131
Brookline, MA. 02446


Mr. Campbell,

I'm writing to inform of the courts denying my motion for extension of time. I recieve this letter on Sept. 9th, here is a copy of the letter. The court is basically ask you to seek the extension on my behalf in there letter. I try to reach you yesterday by phone, but I was unable to get in touch with you, so I had my sister leave you a message for me. I think what we talk about on the phone, about filing a motion to the lower court for investigation funds is a good idea, so we can find this witness as soon as possible with the help and resources of the court. I will try to contact you by phone in week or two, because I will give some time to see if I get a response from that address down south. If you need me to get in contact with you before then send me a letter or leave message with my sister, because I told her to leave her phone number when she left that message for me. If she forgot here it is # 508 854-2991 her name is Angele. Thank you for your time and attention in the above matter. Sincerely Allen Scoggins