**Alan D. Campbell**
Attorney at Law
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

September 21, 2005

Allen Scoggins
OCCC
1 Administration Rd.
Bridgewater, MA 02324

    **RE:  Screening**

Dear Mr. Scoggins:

    I received your letter regarding the U.S. District Court's order that you either have an attorney file for an extension or proceed pro se. My screening is limited to investigating for new issues that can be presented to the state courts. I am not in a position to file for an enlargement of time in your federal case: I do not represent you on that case.

    As you should be aware, CPCS has not and will not assign you an attorney in connection with the habeas corpus petition you have pending in the U.S. District Court. CPCS has already screened your case and determined that counsel should not be appointed in connection with that petition.

    I have sent a letter to Barbara Holbrook asking her to contact me about your case. I will keep you updated on the status of my screening.

                                                                   Sincerely yours,

                                                                   Alan D. Campbell

ADC:wp