04cv10814-PBS

Allen Scoggins
1 Admin. Rd.
Bridgewater, Ma. 02324

U.S. District Court
Office of the court
U.S. Courthouse
1 courthouse way, Suite 2300
Boston, Ma. 02210

Nov. 17, 2005

RE: Scoggins v. Hall

Dear

Clerk, I'm writing to see if the court recieve
my letter to the court dated 9/27/05, because I never
recieve a response from the court about that letter,
so I don't know if the letter got lost in the
mail and the court never recieved it or just
did not response back to it yet. When I sent
the letter I send a copy by mistake, so I will
send the original with this letter. I talk
to the lawyer once sense I sent the letter
to the court and he told me that he did not
hear back from that witness yet, he wrote to on
my behalf. Other than that I haun't heard anything
from him.

Thanks you for