Allen Scoggins
1 Admin. Rd.
Bridgewater, MA. 02324

U.S. District Court
Office of the Clerk
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210                    Sept 27, 2005

RE: Scoggins v. Hall

Dear
   Clerk, I'm responding to the notice of electronic filing on 9/6/05 I inform the attorney of this by sending him a copy of the notice with a letter from myself explaining the notice I recieved from the court denying the extension of time and saying "the attorney should seek an extension". Otherwise, I must proceed pro se. Here are copies of the attorney's response to my letter and a copy of my letter. I know court has denied my motion for extension time, but I'm asking and praying that the court grants me a extension and keeps my petition on stay, because the issues that the screening attorney is looking into needs to be address in the state court before it can be raise with my other issues in federal court on my habeas corpus. I'm not trying to prolong the federal proceedings, I'm just trying to get the screening proceedings done before my

Thank you for your time and attention this matter. I await your reply!

Sincerely yours,
Allen Scoggins
Allen Scoggins