UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Allen Scoggins
v.
Brady

Civil Action No. 04-10814-PBS

## STATUS REPORT

Now comes petitioner in the above caption case and makes this status report. The witness as been located and it is expected that a Mass. R. Crim. P. Rule 30 new trial motion will be filed in state court very soon.

DATE: 01-20-06

Allen Scoggins