Allen Scoggins
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

April 12, 2006

FILED
IN CLERKS OFFICE

2006 APR 14  A 11:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court for
The District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Scoggins v. Hall, C.A. 04-10814-PBS

Dear Clerk of Court

I'm requesting a status update in the above matter, I sent a status report to the court on 01-20-06 but I haven't recieve a response back. I was inform by the Attorney that the court contact