Attn: Robert C. Alba
     Deputy Clerk
     United States District Court
     Office of the Clerk
     United States CourtHouse
     1 Courthouse Way, Suite 2300
     Boston, Ma. 02210

FILED IN CLERKS OFFICE
2007 OCT -2 P 1:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Allen Scoggins v. Timothy Hall  __/
    Habeas Petition 28 U.S.C. 2254
    Civil Action No. 04-10814-PBS
    Show Cause Order Of Dismissal Reply

Dear Sir:

   On September 13, 2007, the Court, the Honorable District Court Judge Saris issued an Order of Dismissal in the above-captioned matter unless within 30 days I showed good cause as to why the action should be reopened.
   Enclosed please find for the Courts Review Notice of assignment of Counsel by the Committee For Public Counsel Services, a one Attorney Allen Campbell. Mr. Campbell has been assigned to represent me since February of 2007, and has assured me that he will be filing a New Trial Motion on my behalf in the near future. He has spent a great deal of time tracking down and obtaining an Affidavit from witnesses.
   Attached hereto is my Affidavit and I ask the Court Humbly to Grant the Petitioner 60 days to file his New Trial Motion in the State Court or to Prosecute this case in the Federal Court.
   Petitioner is attaching copies of the Appointment of Counsel and will have appointed Counsel also notify the Court of his representation and intent to file a Motion For New Trial On The Petitioners Behalf.
   Petitioner Pray his request is granted.
   Thank you for your attention in this matter.

                              Respectfully submitted,

Dated: September 28, 2007                    /s/ Allen Alston
                              Allen Alston
                              Old Colony Correctional Center
                              1 Administration Road
                              Bridgewater, Ma. 02324

_____
__/ The Petitioners name has been legally changed to his mothers maidens name and is no longer Scoggins but Alston.