### AFFIDAVIT OF ALLEN ALSTON

I, Allen Alston, being sworn, depose and state as follows:

1. I am the Petitioner in Scoggins vs. Hall.

2. My name was legally changed from Allen Scoggins to Allen Alston in June of 2007.

3. I filed my Petition for Habeas Corpus in 2004.

4. I had anticipated on filing A Motion for New Trial back in the State Court but my case was being screened by the Committee for Public Counsel Services to make a determination as to whether counsel should be appointed to represent me in this matter as I am indigent.

5. In February of 2007, Attorney Allan Campbell was appointed to represent me by the Committee for Public Counsel Services.

6. Since that appointment Attorney Campbell has been seeking out witnesses and obtaining Affidavits from witnesses on my behalf.

7. Presently Attorney Campbell is seeking to obtain the last Affidavit from my Trial Attorney.

8. I expect him to obtain that affidavit and file a Motion For New Trial In the State Court within the Next 60 days

9. Petitioner requests the Court to not dismiss his Petition

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27 DAY OF SEPTEMBER 2007.

_____
Allen Alston    Affiant