Allen A. Alston
O.C.C.C.
1 Administration Road
Bridgewater, Ma. 02324

FILED
IN CLERKS OFFICE

2007 OCT -2  P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 20, 2007

Allen D. Campbell
P.O. Box 131
Brookline, Ma. 02446

        RE: Commonwealth v. Scoggins

           Allen Scoggins v. Timothy Hall
           Civil No. 04-10814-PBS
           Habeas Petition

Dear Mr. Campbell:

    Enclosed please find a copy of the letter I received from the U.S. Federal District Court in regards to my Habeas Petition that is before them. As you know my Habeas Petition was being held pending me filing a Rule 30 Motion for New Trial back in the State Court.

    As you can now see, the Federal Judge is dismissing my Petition unles within 30 days we notify them that my Rule 30 Motion for new trial is being filed by a specific date. That has to be done or else I will lose my priviledge to Habeas review.

    Please contact me regarding this matter as soon as possible, adn I have and will be trying to reach you by phone.

    Thank you for your time and attention in this matter.

Sincerely,

*Allen Alston* (signature)

Allen Alston
OCCC
1 Administration Road
Bridgewater, Ma. 02324



*The Commonwealth of Massachusetts*
*Committee for Public Counsel Services*
*44 Bromfield Street, Boston, MA 02108-4909*

TEL: (617) 482-6212
FAX: (617) 988-8493

**WILLIAM J. LEAHY**
CHIEF COUNSEL

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

**NANCY T. BENNETT**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

February 5, 2007

**MICHAEL DSIDA**
DEPUTY CHIEF COUNSEL
CHILDREN AND FAMILY LAW PROGRAM

Mr. Allen Scoggins
One Administration Road
Bridgewater, MA 02324

RE:   Commonwealth v. Allen Scoggins
      Plymouth Superior Court No(s). 99470
      Motion for New Trial Assignment

Dear Mr. Scoggins:

Enclosed is the Notice of Assignment of Counsel form informing you of the name of the attorney assigned to file a motion for new trial. This is the only notice the court will receive regarding this assignment. Counsel has been instructed to enter an appearance immediately upon receipt of the enclosed form.

If you have any questions regarding this assignment, please contact me.

Sincerely,

Dorothy Mele
Assignment Coordinator

| NOTICE OF ASSIGNMENT OF COUNSEL | Assignment Number C8006755-1 | COMMONWEALTH OF MASSACHUSETTS | |
|---|---|---|---|
| Date of Assignment 2/5/2007 | Judge CPCS | Court 480 Plymouth Superior Court | JurySession |

**Name of Person for whom counsel assigned**
Allen Scoggins

Juv/Adult

**Docket No.**
99470

The court has found the above-named person

Indigent ✓

Contribution

**Incarceration Status**
OCCC

**Post-Trial Criminal Case Purpose Of Assignment**
NTM

**Offense / Charge**
601    Murder

**TrialCourt**
Plymouth Superior Court

**Attorney Assigned**

| BBO | 634188 |
| Name | Alan Campbell |
| Address | P.O. Box 131 |
| | Brookline, MA  02446 |
| Phone | (617) 735-8913 |

Authorized Signature  _Dorothy A. Mele_ (signature)

Monday, February 05, 2007

Commonwealth of Massachusetts
The Trial Court
__Plymouth__ Division   Probate and Family Court Department   Docket No. 0C 0141-CA

### Change of Name(s)

Name of Petitioner: __Allen Scoggins  W65758__

__O.C.C.C.  1 Administration Rd.__   __Bridgewater__   __Plymouth__   __02324__
(Street and No.)   (City or Town)   (County)   (Zip)

Occupation _____
Date and Place of Birth __02-06-78   Charleston County, South Carolina__
Name of Spouse _____
Occupation _____
Date and Place of Birth _____
Names of Minor Children _____

Reason for change __I want to have my Mother's Maiden name, because I was given my Mother's married last name when I was born. I did not have a middle name, so I will give myself one.__

Have parties ever changed their names prior to this petition? __No__ If answer is yes, explain _____

Petitioner(s) pray(s) that his/her/their name(s) be changed as follows: _____

| Names at Present: | To be changed to: |
|---|---|
| Petitioner __Allen Scoggins__ | __Allen Anwar Alston__ |
| Spouse | |
| Child | |
| Child | |
| Child | |
| Child | |

Date __11-27-06__

[signature]
SIGNATURE OF PETITIONER

SIGNATURE OF SPOUSE

A TRUE COPY ATTEST
ROBERT E. McCARTHY
[signature]
Register

Signature of Minors as signed by father or mother as next friend.

### Decree

Notice having been given according to the order of the Court, and no objection being made, it is decreed that the above name(s) be changed as prayed for, which name(s) he/she/they shall hereafter bear, and which shall be his/her/their legal name(s).

Date __6/28/07__

[signature]
JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P 27 (8/88)

For Petitioner:

_____

_____

Tel. No.: _____

For Respondent:

_____

_____

Tel. No. _____

Publication in the _Enterprese_

_____

Docket No. _____

### Change of Name(s)

Petition — Decree

Filed ___DEC 1 3 2006___ 19____

Citation Issued ___12.27.06___ 19 _2.7.07_

Returnable ___1.24.07___ 19 _3.7.07_

Allowed ___6.28.07___ 19____

w 4.4.07
ret 5.1.07

### Instructions

Refer to Massachusetts General Laws Chapter 210.
A certified copy of the birth certificate for each party must be filed with petition.