Attn: Robert C. Alba
      Deputy Clerk
      United States District Court
      Office of the clerk
      United States CourtHouse
      1 Courthouse Way, Suite 2300
      Boston, Ma. 02210

```
      FILED
IN CLERKS OFFICE

2007 OCT 16  A 11: 08

U.S. DISTRICT COURT
 DISTRICT OF MASS.
```

        RE: <u>Allen Scoggins V. Timothy Hall</u>
            Habeas Petition 28 U.S.C. 2254
            Civil Action No. 04-10814-PBS
            Show Cause Order of Dismissal Reply

Dear Sir:
        I sent a letter to the court informing them that I would be filing Memorandum within 30 days, the reason why I never filed A Memorandum with the court was, I believed once the court granted my stay on Petition, I thought the court would inform me of when I had to file my Memorandum with the court. I spoke with my lawyer concerning this and he inform me, I should notify the court of the reason why I didn't file a Memorandum.

        Petitioner is attaching a copy of the letter his lawyer sent to him October 10, 2007. Petitioner Pray his request is granted. Thank you for your attention in this matter.

Dated: October 12, 2007

                              Respectfully Submitted,

                              Allen Alston
                              Old Colony Correctional Cent.
                              1 Administration Road
                              Bridgewater, Ma. 02324