**Alan D. Campbell**
Attorney at Law
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

FILED
IN CLERKS OFFICE

2007 OCT 16  A 11: 08

October 10, 2007
U.S. DISTRICT COURT
DISTRICT OF MASS.

Allen Scoggins
OCCC
1 Administration Rd.
Bridgewater, MA 02324
**ATTORNEY CLIENT CORRESPONDENCE**

    **RE:**  **New Trial Motion**

Dear Mr. Scoggins:

    I received a copy of the letter you sent to the federal court regarding your Habeas petition. I would like to remind you of our discussion of last week where I stressed the importance of your explaining to the Court why you have not filed a memorandum yet. Simply saying you will file in 30 days may not be enough for the Court to decided not to dismiss your petition. You need to tell them what you told me: that you thought the case had been stayed and that the Court would tell you when you needed to file the memorandum.

    Attorney Elias has returned neither my calls nor the affidavit. I will keep trying.

Sincerely yours,

*[signature]*

Alan D. Campbell

ADC:wp