Attn: Robert C. Alba
      Deputy Clerk
      United States District Court
      Office of the Clerk
      United States Courthouse
      1 Courthouse Way, Suite 2300
      Boston, Ma.02210

FILED
IN CLERKS OFFICE
2007 OCT -9  P 1: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Allen Scoggins V. Timothy Hall
    Habeas Petition 28 U.S.C. 2254
    civil action No. 04-10814-PBS


Dear Sir:

        Petitioner will file his Memorandum of law in support
of his petition within 30 days from this date.

                                        Thank you for your
attention in this matter.

                        Respectfully submitted,

Dated: October 4, 2007

                        Allen A. Alston W65758
                        Old Colony Correctional center
                        1 Administration Road
                        Bridgewater, Ma. 02324