## COMMONWEALTH OF MASSACHUSETTS

**PLYMOUTH, SS.**

**SUPERIOR COURT**
**No. 99470**

04CV10814 PBS

|  |  |
|---|---|
| **COMMONWEALTH** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ALLEN SCOGGINS** | ) |

## AFFIDAVIT OF BARBARA HOLBROOK

I, Barbara Holbrook, hereby depose and state as follows:

1.   I am the Barbara Holbrook that testified at the trial of Allen Scoggins on a charge of
murder.

2.   I saw Ms. Scoggins on several occasions in South Carolina while he was wanted in
Massachusetts in connection with this case.

3.   I spoke with the police about this case in both South Carolina and Massachusetts.

4.   The police helped me obtain public housing in Massachusetts. With help from the police, I
was able to enter public housing after only three months even though the waiting list was
over one year long.

5.   I told the police and the Assistant District Attorney that I did not hear Mr. Scoggins make
any statements about the case. Everything I knew about the case was told to me by
Vernon Campbell. The police and the Assistant District Attorney told me to testify to
what I knew.

6.   I was told by the police in Massachusetts that I would be charged with perjury or as an
accomplice if I did not testify against Mr. Scoggins.

*B. H*

7.    I did not hear Mr. Scoggins make any statements about this case.

8.    The statements that I attributed to Mr. Scoggins were based on what Vernon Campbell told me.

9.    No attorney, investigator, or anyone else working for Mr. Scoggins contacted me prior to or during trial.

10.   Had I been asked, I would have told Mr. Scoggins' attorney or investigator that I did not hear the defendant say anything about the case.

11.   I testified to what Vernon Campbell told me because I was afraid I would go to jail if I did not.

Signed under the pains and penalties of perjury this ⎵⎵ th day of July, 2007.

Barbara Holbrook