COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                               SUPERIOR COURT
                                                            No. 99470

| | |
|---|---|
| COMMONWEALTH ) | |
| ) | |
| v. ) | 04cv10814 PBS |
| ) | |
| ALLEN SCOGGINS ) | |

### AFFIDAVIT OF KENNETH J. ELIAS

I, Kenneth J. Elias, hereby depose and state as follows:

1. My name is Kenneth J. Elias and at the time of Allen Scoggins' trial, I was a member of the bar of the Commonwealth of Massachusetts in good standing. I have since retired and then returned to the practice of law. I am again a member of the bar in good standing.

2. I was appointed to represent Mr. Scoggins in connection the murder charges pending against him.

3. In preparation for trial, I retained the services of Mark W. Chauppette, a licensed private detective in the Commonwealth of Massachusetts.

4. I instructed Mr. Chauppette to conduct research at the local library into newspaper articles and other local, pretrial publicity about the killing.

5. I also instructed Mr. Chauppette to interview certain witnesses who claimed that they saw the defendant enter the taxicab on the night of the killing.

6. I did not travel to South Carolina to investigate this matter, nor did I instruct Mr. Chauppette or anyone else to do so.

7. I did not interview any witnesses who claimed that they heard the defendant make any

        statements, nor did I instruct Mr. Chauppette or anyone else to do so.

8.     I did not interview Barbara Holbrook in connection with this case, nor did I instruct Mr. Chauppette or anyone else to do so.

9.     Signed under the pains and penalties of perjury this 20th ~~th~~ day of ~~September~~ October, 2007.

                                                _____
                                                Kenneth J. Elias