**COMMONWEALTH OF MASSACHUSETTS**

PLYMOUTH, SS.                                                      SUPERIOR COURT
                                                                   No. 99470

|  |  |
|---|---|
| COMMONWEALTH ) | |
| ) | |
| v. ) | 04cv10814 PBS |
| ) | |
| ALLEN SCOGGINS ) | |

**AFFIDAVIT OF MARK W. CHAUPPETTE**

I, Mark W. Chauppette, hereby depose and state as follows:

1. My name is Mark W. Chauppette and I am a licensed private detective in the Commonwealth of Massachusetts.

2. I was hired by Attorney Kenneth Elias to perform a limited investigation on behalf of Allen Scoggins in connection with the murder charges pending against him.

3. At Attorney Elias's request, I conducted research at the local library into old newspaper articles and other local, pretrial publicity about the killing.

4. Also at Attorney Elias's request, I interviewed certain witnesses who claimed that they saw the defendant enter the taxicab on the night of the killing.

5. Attorney Elias did not ask me to travel to South Carolina to investigate this matter or to otherwise contact any witnesses in South Carolina, nor did I do so for any other reason.

6. Attorney Elias did not ask me to interview any witnesses who claimed that they heard the defendant make any statements, nor did I do so for any other reason.

7. I was not asked to interview Barbara Holbrook in connection with this case, and I did not do so.

8. Signed under the pains and penalties of perjury this ___ th day of March, 2007.

_____
Mark W. Chauppette