04cv10814 PBS

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                   SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                No. 99470

---

COMMONWEALTH        )
                    )
    V.              )
                    )
ALLEN SCOGGINS      )

---

## MOTION TO AMEND DEFENDANT'S MOTION FOR NEW TRIAL

Now comes the defendant Allen Scoggins **/ and respectfully moves this Honorable Court to allow him to Pro se Amend his Motion For New Trial filed by Attorney of Record Alan D. Campbell to include the below additional grounds:

II (C)  Ineffective assistance of counsel was rendered under the Sixth Amendment to the United states Constitution and article Twelve of the Massachusetts Declaration of rights when Trial Counsel failed to file a discovery Motion under Brady v. Maryland or to file a Motion requesting whether any offer of leniency, inducements or rewards was given to any witness.

III. PROSECUTORIAL MISCONDUCT

(A)  The prosecution withheld exculpatory evidence that it provided an inducement to it's case-in-chief witness Barbara Holbrook to obtain her testimony against the defendant which denied the defendant a fair Trial and Due Process of Law under the Fourteenth Amendment to the united states Constitution and article Twelve of the Massachusetts Declaration of Rights.

---

**/  The defendant Allen Scoggins name has been legally changed to **Allen Alston** since June 2007.

(B) The failure of the Prosecution to disclose it had threatened the main witness Barbara Holbrook with criminal charges of perjury if she did not testify against the defendant and further provided her with an incentive and inducemnet to testify falsely by getting her early public housing and mislead the jury, violating the defendant's rights to due process and a fair trial in violation of the Fourteenth Amendment to the United States Constitution and Article Twelve of the Massachusetts Declaration of Rights.

(C) At Trial the prosecutor Intentionally Mislead The Jury.

(D) A New trial is required where the prosecutor held the witness Barbara Holbrook up in front of the jury and court as unassailable and vouched for her credibility while knowing Barbara Holbrook was giving incompetent inadmissible evidence.

(E) The defendant's Due Process rights to a fair trial were violated when the prosecution/police intimidated the main critical witness into testifying in violation of the Fourteenth Amendment to the United States Constitution and article Twelve of the Massachusetts Declaration of Rights.

IV. Barbara Holbrooks Affidavit presents Newly Discovered and Newly Available Evidence.

The defendant was denied Due Process and Fair Trial pursuant to the United States Constitution and the Massachusetts Declaration of Rights. For the reasons stated herein and in the accompanying Memeorandum of Law, along with that in Counsel's Motion For New Trial and Memorandum, a New Trial is Warranted.

Wherefore, the defendant Mr. Alston respectfully requests this Honorable Court Grant him an Evidentiary Hearing on the

-3-

Issue's raised in the Motion For New Trial and defendant's Amendments to that Motion, and thereafter Grant him A New Trial.

Respectfully submitted,

Dated: December 1, 2007

Allen Alson   W-65758
Old Colony Correctional Center
1 Administration Road
Bridgewater, Ma. 02324

### CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of this Motion To Amend Defendant's Motion For New Trial, along with accompanying Memorandum in support, by first class mail, postage pre-paid, upon Robert C. Thompson, District Attorney's Office, 32 Belmont Street, Brockton, Ma. 02301.

Alllen Alston                     12-03-07
                                  Date