Attn: Robert C. Alba
      Deputy Clerk
      United States District Court
      Office of the Clerk
      United States CourtHouse
      1 Courthouse Way, Suite 2300
      Boston, Ma. 02210

FILED
IN CLERKS OFFICE

2007 DEC 17 P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.


RE: Allen Scoggins V. Timothy Hall
    habeas Petition 28 U.S.C. 2254
    Civil Action No. 04-10814-PBS


Dear Sir:
        I'm writing the court to make sure the court received
the copy of my Motion for new Trial that was filed on 11/30/07
by my Attorney Alan D. Campbell..I also send this court a copy
 of Motion to Amend defendant's Motion for New Trial and
Memorandum of law  filed PRO SE by the Defendant in Superior
Court Plymouth County.
        I ask that the court send me a copy of the
docket entry. Thank you for your time and attention in this
matter.


Sincerely,

Allen Alston PRO SE                  December 12, 2007
W-65758
Old Colony Corr. Center
1 Administration Road
Bridgwater, Ma. 02324