DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*IN CLERKS OFFICE*
*2008 JUN -2 P 3: 37*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Civil Action No. 04-10814-PBS

ALLEN SCOGGINS,
    Petitioner,

v.

TIMOTHY HALL,
    Respondent.

Re: **STATUS REPORT**

Please be inform that the status of the Petitioner's Motion For New Trial that was filed in the State Court is still awaiting disposition by the Motion Judge Locke, J., in the Brockton Superior Court, Plymouth County.

Respectfully submitted,

Dated: 05-30-08

Allen Alston, Pro se
W65758
Old Colony Correctional Center
1 Administration Road
Bridgewater, Ma. 02324