UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALLEN SCOGGINS,

    Petitioner

v.                         Civil Action No. 04-10814-PBS

TIMOTHY HALL,

    Respondent

PETITIONER'S OBJECTIONS TO BOWLER, U.S.M.J. REPORT
AND RECOMMENDATION TO DISMISS PETITION FOR HABEAS
CORPUS DATED JUNE 1, 2011

Now comes the Petitioner, Allen Scoggins, and files his Objections to the Report and Recommendation of Bowler, U.S.M.J., on this 22nd day of June 2011. Petitioner received the Report and Recommendation by mail on June 10, 2011 at MCI-Shirley Prison which is noted in the prison legal mail reciept log book. Petitioner's Objections are as folloews:

1. Petitioner Objects To Magistrates Recommendation to dismiss Ground Two Conviction Was Obtained In Violation Of Privilege against Self Incrimination Based On The Magistrates Finding Petitioner Failed To Show Cause Or A Fundamental Miscarriage Of Justice

2. Petitioner Objects To magistrates Recommendation Of Dismissal of Ground 3(b) Ineffective Assistance Of Trial Counsel Where He Did Not Investigate Or Interview Holbrook, Veron Campbell, Pam Price And Jermaine Campbell, And Did Not Call Campbell, Price and Jermaine Campbell To Testify.

[Handwritten margin note:] 8/19/2011 The Court has reviewed the objections, and adopts the report and recommendation of the Magistrate Judge in its entirety. The petition is denied. Patti B Saris

[Handwritten page number:] 72